**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELIDA FABAIN,

                                  Plaintiff,

          -against-                                                 24 **CIVIL** 6482 (PMH)

                                                                    **JUDGMENT**

WESTCHESTER COUNTY,

                                  Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 24, 2026, Defendant's motion to dismiss is granted and the Amended Complaint is DISMISSED. Because Plaintiff already amended her complaint, was offered the opportunity to amend her complaint at the pre-motion conference concerning Defendant's motion to dismiss, declined that opportunity, and has not even requested leave to further amend, the Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

          March 2, 2026

                                                          **TAMMI M. HELLWIG**

                                                _____
                                                          **Clerk of Court**

                          **BY:**          K. mango

                                                _____
                                                          **Deputy Clerk**